dismissed as untimely, and said motion to waive copy and service requirement and motion to lodge table of contents are hereby denied as moot.

Misc. No. 13–8004/AR. Daniel Rosas, Appellant v. United States, Appellee. CCA 20120718. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Army Court of Criminal Appeals on application for extraordinary relief in the nature of a writ of habeas corpus was filed under Rule 27(b) on this date.

Misc. No. 13–8005/AF. John C. Calhoun, Appellant v. United States, Appellee. CCA 37274. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Air Force Court of Criminal Appeals on application for extraordinary relief in the nature of a writ of habeas corpus was filed under Rule 27(b) on this date.

No. 12–0398/AR. U.S. v. Ryan A. Bowersox. CCA 20100580. Appellee's motion to extend time to file a brief granted, *up to and including October 9, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 12–0484/NA. U.S. v. Rayvohn D. Wallace. CCA 201100300. Appellee's motion to attach is granted.

No. 12–0693/AR. U.S. v. Bradley O. Temple. CCA 20090883. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *up to and including October 2, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 12–0557/AR. U.S. v. Mac D. Warner. CCA 20100398. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER APPELLANT SUFFERED MATERIAL PREJUDICE TO A SUBSTANTIAL RIGHT AS A RESULT OF THE GOVERNMENT'S FAILURE TO ALLEGE THE TERMINAL ELEMENT OF ARTICLE 134, UCMJ, IN CHARGE II, SPECIFICATIONS 4 AND 7.

The decision of the United States Army Court of Criminal Appeals as to Specifications 4 and 7 of Charge II and the sentence is reversed. *United States v. Humphries*, 71 M.J. 209 (C.A.A.F. 2012). The decision of that court as to the remaining charge and specifications is affirmed. The record of trial is returned to